UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. 2:21-cr-00023-RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTION DEADLINE |
| v. | |
| TAYLOR JAMES MATSON, | |
| Defendant. | |

THE COURT, having considered the unopposed motion of Defendant Taylor James Matson to continue the trial date and pretrial motions deadline, FINDS:

a) Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

b) The failure to grant such a continuance in this proceeding could result in a miscarriage of justice, as set forth in 18 U.S.C. §3161(h)(7)(B)(i); and

c) The additional time requested is a reasonable period of delay to allow defense counsel adequate time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS
DEADLINE - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
506 SECOND AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98104
(206) 388-0777

d) The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the Defendant in any speedier trial, as set forth in 18 U.S.C. §3161(h)(7)(A); and

e) That the period of delay from the date of this order to the new trial date is excludable time pursuant to U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(I) & (iv).

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. # 22) is GRANTED. The trial date in this matter is continued to October 4, 2021. All pretrial motions, including motions in limine, shall be filed no later than August 20, 2021.

IT IS FURTHER ORDERED that the period of time from the date of this order, up to and including the new trial date of October 4, 2021, shall be excludable time pursuant to the Speedy Trial Act, U.S.C. §3161(h)(1)(D), (h)(7)(A) and (h)(7)(B).

DATED this 6th day of May 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PRETRIAL MOTIONS
DEADLINE - 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
506 SECOND AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98104
(206) 388-0777